FILED by ___KS___ D.C.

Nov 17, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**21-80179-CR-CANNON/REINHART**
CASE NO. _____

18 U.S.C. § 371
18 U.S.C. § 924(a)(1)(A)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(g)(3)
18 U.S.C. § 924(d)(1)

**UNITED STATES OF AMERICA**

v.

**MICHAEL JAMIE BARNWELL
and BERNARD PARRIS,**

        **Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
Conspiracy to Make a False Statement in the Records
Required by a Federally Licensed Firearms Dealer
(18 U.S.C. § 371 and 924(a)(1)(A))

On or about May 4, 2021, in Palm Beach County, in the Southern District of Florida, the defendants,

**MICHAEL JAMIE BARNWELL
and
BERNARD PARRIS,**

did knowingly and willfully combine, conspire, confederate and agree with each other, to commit an offense against the United States, that is, to knowingly make a false statement or representation with respect to the information required by Chapter 44 of Title 18, United States Code, to be kept in the records of a person licensed under this chapter, in violation of Title 18, United States Code, Section 924(a)(1)(A).

### OBJECT OF THE CONSPIRACY

It was the object of the conspiracy to obtain a Glock 19 pistol from the Palm Beach Shooting Center, a federally licensed firearms dealer (FFL), and transfer said firearm to the possession of **BERNARD PARRIS**, who all times material hereto, was prohibited from receiving or possessing a firearm under the provisions of Title 18, United States Code, Section 922(g)(1), having previously been convicted of a felony offense punishable by imprisonment for a term exceeding one year under Florida law.

## MANNER AND MEANS OF THE CONSPIRACY

It was part of the manner and means of the conspiracy that:

**BERNARD PARRIS** obtained the assistance of **MICHAEL JAMIE BARNWELL**, who **BERNARD PARRIS** knew to be capable of passing a National Instant Check Background Check.

**MICHAEL JAMIE BARNWELL** utilized his Florida Driver License to identify himself as a person lawfully entitled to purchase and possess firearms.

**MICHAEL JAMIE BARNWELL** stated or represented on a Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473 the answer "yes" in response to the question, "Are you the actual buyer of the firearm(s) listed on this form?", whereas in truth and in fact, and as **MICHAEL JAMIE BARNWELL** then and there well knew, he was not the actual buyer of the firearm listed on the form and was acquiring the firearm on behalf of **BERNARD PARRIS**.

## OVERT ACTS

In furtherance of the conspiracy, and to affect its aims and objects, one or more of the conspirators committed at least one of the following overt acts in the Southern District of Florida:

1. On May 4, 2021, **MICHAEL JAMIE BARNWELL** and **BERNARD PARRIS**, traveled separately to the Palm Beach Shooting Center, which was located in Lake Worth, Palm Beach County, Southern District of Florida.

2. On May 4, 2021, **BERNARD PARRIS** entered Palm Beach Shooting Center and spoke with a staff member about the quality of Glock brand firearms.

3. On May 4, 2021, at the Palm Beach Shooting Center, **MICHAEL JAMIE BARNWELL** presented his Florida Driver License as identification to the Palm Beach Shooting Center, an FFL, and filled out and signed an ATF Form 4473, falsely representing himself to be the "actual buyer" of the firearm listed on the form, for the purpose of purchasing a Glock 19 pistol.

4. On May 4, 2021, at the Palm Beach Shooting Center, **MICHAEL JAMIE BARNWELL** paid approximately $700.75 in cash to the Palm Beach Shooting Center for the purpose of purchasing the Glock 19 pistol and took physical possession of said firearm.

5. On May 4, 2021, **MICHAEL JAMIE BARNWELL** and **BERNARD PARRIS**, were physically present at the Palm Beach Shooting Center on or about the same time the firearm was purchased.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
Making False Statements in the Records
Required by a Federally Licensed Firearms Dealer
(18 U.S.C. § 924(a)(1)(A))

On or about May 4, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**MICHAEL JAMIE BARNWELL,**

did knowingly make false statements and representations with respect to the information required by Chapter 44 of Title 18, United States Code, to be kept in the records of a person licensed under this chapter, that is, in connection with the acquisition of two Glock 19 pistols, from the Palm Beach Shooting Center, a federally licensed firearms dealer, the defendant stated and represented on an ATF Form 4473 that:

a) he was the actual transferee/buyer of the firearm described therein, whereas in truth and in fact, and as the defendant then and there well knew, the defendant was not the actual transferee/buyer of the firearm; and

b) the defendant answered "No" to Question 21(e) of an ATF Form 4473, which asked "Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance?", whereas in truth and in fact, and as the defendant then and there well knew, the defendant was a user of crack cocaine and oxycodone.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3
Possession of a Firearm by an Unlawful User of Controlled Substance
(18 U.S.C. § 922(g)(3))

On or about May 4, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**MICHAEL JAMIE BARNWELL,**

knowingly possessed a firearm in and affecting interstate and foreign commerce, knowing that he was an unlawful user of and addicted to a controlled substance, as defined in Title 21, United States Code, Section 802, in violation of Title 18, United States Code, Section 922(g)(3).

It is further alleged that the firearms are:

a) One (1) Glock 19 Gen 5, 9mm pistol, serial number BTDG475; and

b) One (1) Glock 19 Gen 5, 9mm pistol, serial number BSKR996.

### COUNTS 4 - 12
Making False Statements in Records
Required by a Federally Licensed Firearms Dealer
(18 U.S.C. § 924(a)(1)(A))

On or about the dates specified in each count below, in Palm Beach County, in the Southern District of Florida, the defendant,

**MICHAEL JAMIE BARNWELL,**

did knowingly make a false statement and representation with respect to the information required by Chapter 44 of Title 18, United States Code, to be kept in the records of a person licensed under this chapter, that is, in connection with the acquisition of firearms from federally licensed firearms dealers (FFL), the defendant answered "No" to Question 21(e) of an ATF Form 4473, which asked "Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance?", whereas in truth and in fact, and as the defendant then and there well knew, the defendant was a user of crack cocaine and oxycodone:

| Count | Date | Firearms | Licensed Firearms Dealer |
|---|---|---|---|
| 4 | April 28, 2021 | Two (2) Glock, Model 19 Gen 3, 9mm caliber pistols | Kravitz, Inc., Palm Beach County, Florida |
| 5 | April 21, 2021 | One (1) Glock 23 Gen 5, 40 caliber pistol | Kravitz, Inc., Palm Beach County, Florida |
| 6 | April 16, 2021 | One (1) Glock 43, 9mm caliber pistol and one (1) Glock 26, 9mm caliber pistol | Palm Beach Shooting Center, Palm Beach County, Florida |
| 7 | April 02, 2021 | One (1) Radical Arms RF15 pistol | Southern Yankee Guns, LLC., Palm Beach County, Florida |
| 8 | March 30, 2021 | One (1) Glock 27, 40 caliber pistol | Southern Yankee Guns, LLC., Palm Beach County, Florida |

| 9 | March 29, 2021 | One (1) Glock 43, 9mm pistol | Palm Beach Shooting Center, Palm Beach County, Florida |
| --- | --- | --- | --- |
| 10 | March 26, 2021 | One (1) Glock 19 Gen 3, 9mm caliber pistol | Kravitz, Inc., Palm Beach County, Florida |
| 11 | March 10, 2021 | One (1) Glock 42, .380ACP caliber pistol | Kravitz, Inc., Palm Beach County, Florida |
| 12 | March 7, 2021 | One (1) Glock 26, 9mm caliber pistol and one (1) Glock 43, 9mm caliber pistol | Palm Beach Shooting Center, Palm Beach County, Florida |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 13
Possession of a Firearm by a Convicted Felon
(18 U.S.C. § 922(g)(1))

On or about November 22, 2020, in Broward County, in the Southern District of Florida, the defendant,

**BERNARD PARRIS,**

knowingly possessed a firearm in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm is a Glock brand pistol.

## COUNT 14
Possession of a Firearm by a Convicted Felon
(18 U.S.C. § 922(g)(1))

On or about April 18, 2021, in Broward County, in the Southern District of Florida, the defendant,

**BERNARD PARRIS,**

knowingly possessed a firearm in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm is a Glock brand pistol.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **MICHAEL JAMIE BARNWELL** and **BERNARD PARRIS,** have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922(g), or any other criminal law of the United States, as alleged in this Indictment, the defendants shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

3. The property subject to forfeiture as a result of the alleged offense, includes, but is not limited to, the following:

   a) One (1) Glock 19 Gen 5, 9mm pistol, serial number BTDG475; and

   b) One (1) Glock 19 Gen 5, 9mm pistol, serial number BSKR996.

All pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Michael Jamie Barnwell and
Bernard Parris

_____Defendants._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

| | | |
|---|---|---|
| New defendant(s) | Yes ____ | No ____ |
| Number of new defendants | ____ | |
| Total number of counts | ____ | |

**Court Division:** (Select One)
____ Miami    ____ Key West
____ FTL    ✓ WPB    ____ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    _____

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | |
   |---|---|---|
   | I | 0 to 5 days | ✓ |
   | II | 6 to 10 days | ____ |
   | III | 11 to 20 days | ____ |
   | IV | 21 to 60 days | ____ |
   | V | 61 days and over | ____ |

   (Check only one)

   | | |
   |---|---|
   | Petty | ____ |
   | Minor | ____ |
   | Misdem. | ____ |
   | Felony | ✓ |

6. Has this case previously been filed in this District Court?    (Yes or No)    No
   If yes: Judge ____    Case No. ____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes: Magistrate Case No. ____
   Related miscellaneous numbers: ____
   Defendant(s) in federal custody as of ____
   Defendant(s) in state custody as of ____
   Rule 20 from the District of ____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ____    No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ____    No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    Yes ____    No ✓

_____
DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached    Court No. A5501915    REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name: MICHAEL JAMIE BARNWELL

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to make false statement in the records required by a federally licensed firearms dealer | 18 U.S.C. § 371 and 18 U.S.C. § 924(a)(1)(A) | 5 years of imprisonment<br>$250,000 fine<br>SR: 3 years<br>$100 special assessment |
| 2 | Making false statements in the records required by a federally licensed firearms dealer | 18 U.S.C. § 924(a)(1)(A) | 5 years of imprisonment<br>$250,000 fine<br>SR: 3 years<br>$100 Special Assessment |
| 3 | Possession of a firearm by an unlawful user of a controlled substance | 18 U.S.C. § 922(g)(3) | 10 years of imprisonment<br>$250,000 fine<br>SR: 3 years<br>$100 Special Assessment |
| 4-12 | Making false statements in the records required by a federally licensed firearms dealer | 18 U.S.C. § 924(a)(1)(A) | 5 years of imprisonment<br>$250,000 fine<br>SR: 3 years<br>$100 Special Assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: BERNARD PARRIS

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to make false statement in the records required by a federally licensed firearms dealer | 18 U.S.C. § 371 and 18 U.S.C. § 924(a)(1)(A) | 5 years of imprisonment $250,000 fine SR: 3 years $100 special assessment |
| 13-14 | Felon in possession of a firearm | 18 U.S.C. § 922(g)(1) | 10 years of imprisonment $250,000 fine SR: 3 years $100 Special Assessment |