UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80179-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**MICHAEL JAMIE BARNWELL**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 73]. On July 1, 2022, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 71] during which Defendant pled guilty to Counts One, Two and Three of the Indictment [ECF No. 3] pursuant to a written plea agreement and factual proffer [ECF Nos. 72 and 73]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts One, Two and Three of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Counts One, Two and Three of the Indictment [ECF No. 73]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

    1. The Report and Recommendation [ECF No. 73] is **AFFIRMED AND ADOPTED**.

    2. The guilty plea entered into by Defendant Michael Jamie Barnwell to Counts One,

CASE NO. 21-80179-CR-CANNON

Two, and Three of the Indictment is **ACCEPTED**.

3. Defendant Michael Jamie Barnwell is adjudicated guilty of Counts One, Two and Three of the Indictment. Count One charges him with conspiracy to make a false statement in the records required by a federally licensed firearms dealer, in violation of 18 U.S.C. §§ 371 and 924(a)(1)(A). Count Two charges him with making false statements in the records required by a federally licensed firearms dealer, in violation of 18 U.S.C. § 924(a)(1)(A). And Count Three charges him with possession of a firearm by an unlawful user of a controlled substance, in violation of 18 U.S.C. § 922(g)(3). In exchange for the Defendant's guilty plea, the United States Attorney's Office agrees to dismiss Counts Four through Twelve against the Defendant at sentencing [ECF No. 72 ¶ 2]

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 21st day of July 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record